Charles A. Ross, Esq. (CR-1331)
HERRICK, FEINSTEIN LLP
2 Park Avenue, 20th Floor
New York, NY 10016
(212) 592-1420 (phone)
(212) 545-3455 (facsimile)
Attorneys for Defendant Jesus Arriaga

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

---------------------------------x
UNITED STATES OF AMERICA,

vs.

JESUS ARRIAGA,
AMAURIS LOPEZ-RODRIGUEZ

                    Defendant.
---------------------------------x

1:04-cr-00656-FB

**STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL FOR JESUS ARRIAGA**

IT IS HEREBY STIPULATED AND AGREED that Herrick, Feinstein LLP, having an office at 2 Park Avenue, 20th Floor, New York, New York 10016 shall be substituted as counsel of record for defendant Jesus Arriaga, in the above action, in place of and in the stead of Brafman and Associates, P.C. (formerly Brafman and Ross P.C.), as of July 7, 2005, on the basis that the attorney-of-record of Jesus Arriaga, Charles A. Ross, Esq., has moved his practice from Brafman and Associates, P.C. (formerly Brafman and Ross P.C.) to Herrick, Feinstein LLP.

HF 3062569v1

All communications and papers should henceforth be served on or addressed to Charles A. Ross, Esq. at Herrick, Feinstein LLP, 2 Park Avenue, 20th Floor, New York, NY 10016.

Dated: New York, New York
July 7, 2005

**BRAFMAN & ASSOCIATES, P.C.**
(formerly BRAFMAN & ROSS P.C.)

_____
Benjamin Brafman, Esq. (BB-2285)
766 Third Avenue
New York, NY 10017
(212) 750-7800 (phone)
(212) 750-3906 (facsimile)

Outgoing Attorneys for Defendant Jesus Arriaga

**HERRICK, FEINSTEIN LLP**

_____
Charles A. Ross, Esq. (CR-1331)
2 Park Avenue
New York, New York 10016
(212) 592-1420 (phone)
(212) 545-3455 (facsimile)

Incoming Attorneys for Defendant Jesus Arriaga

SO ORDERED

_____ U.S.D.J.
7/25/05

TO:

**Steven Leo D'Alessandro**
U.S. Attorney's Office, E.D.N.Y.
147 Pierrepont Plaza
Brooklyn, NY 11201
718-254-6200
718-254-6327 (fax)
Steven.D'Alessandro@usdoj.gov